SHERYL D. NOEL SBN: 172551
SCHUERGER LAW GROUP
499 W. SHAW AVENUE, SUITE 116
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 248-4820
COPIES TO EFILING@SCHUERGERLAW.COM

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PHUONG-LIEN THI NGO, an individual<br>Defendant. | CASE NO. 2:26-CV-01620-CSK<br><br>**~~PROPOSED~~ ORDER FOR STIPULATION FOR ENTRY OF JUDGMENT** |

**~~PROPOSED~~ ORDER FOR STIPULATION FOR ENTRY OF JUDGMENT**

After having reviewed the Stipulation for Entry of Judgment, and finding good cause makes the following order:

1. Judgment is entered in favor of Plaintiff, United States of America ("USA") in the Principal amount of $121,948.66, prejudgment interest of $3,180.69 through May 29, 2024, at 8.50%, (and post judgment interest at the legal rate) for a total judgment of $125,129.35.

2. Defendant consents to service in this matter and any subsequent litigation necessary for the enforcement of this judgment.

3. Defendant agrees to keep Plaintiff informed of any changes to address, and Defendant may change the address for service by providing a change of address to Plaintiff in writing at Schuerger Law Group, Attn: Sheryl D. Noel, Attorney for the Plaintiff – United States of America, 1001 Kingsmill Parkway, Columbus, Ohio 43129.

Dated: October 12, 2026

Chi Soo Kim
United States Magistrate Judge

7, ngo.1620.26.stip.entry.j